LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Fax: (530) 894-8244

Attorneys for Plaintiff

DIANA CRAIG, SBN 221389
SEYFARTH SHAW
400 Capitol Mall, Suite 2350
Sacramento, CA 95814
Telephone: (916) 448-0159
Fax: (916) 558-4839

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>CSK AUTO, INC. dba KRAGEN AUTO PARTS #1775; JOSEPH LUKSICH and NORMA M. LUKSICH, TRUSTEES of the LUKSICH FAMILY TRUST,<br><br>    Defendants._____/ | Case No. 2:06-cv-1449-MCE-EFB<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, RONALD WILSON, and defendants, CSK AUTO, INC. dba KRAGEN AUTO PARTS #1775; JOSEPH LUKSICH and NORMA M. LUKSICH, TRUSTEES of the LUKSICH FAMILY TRUST, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: December 5 , 2006                    DISABLED ADVOCACY GROUP, APLC


                                                /s/ Lynn Hubbard, III
                                               LYNN HUBBARD, III
                                               Attorney for Plaintiff

Dated: December ____, 2006                    SEYFARTH SHAW



                                               _____
                                               DIANA CRAIG
                                               Attorney for Defendants

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:06-cv-1775-MCE-EFB, is hereby dismissed with prejudice.

Dated: December 6, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2 -

Wilson v. Kragen, et al.
CIV. S-06-01449-MCE-EFB